UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB A. BERGERON,

                Plaintiff,

    v.

FIVE UNKNOWN STATE AGENTS,

                Defendant.

Case No. C17-1476-RAJ-JPD

REPORT AND RECOMMENDATION

Proceeding *pro se*, plaintiff has filed a proposed civil rights complaint pursuant to 42 U.S.C. § 1983. By letter dated September 28, 2017, plaintiff was granted 30 days to either pay the filing fee or submit a completed application to proceed *in forma pauperis* ("IFP"), along with a certified copy of his prison trust account statement showing transactions for the past six months. Dkt. 1. Plaintiff was advised that failure to respond to the letter by October 30, 2017, could result in dismissal of the case. *Id.*

To date, plaintiff has neither paid the filing fee nor corrected the IFP deficiency. Accordingly, the Court recommends this action be DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914. A proposed order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION - 1

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **December 4, 2017**. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 8, 2017.**

This Report and Recommendation is not an appealable order. Thus, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge acts on this Report and Recommendation.

Dated this 13th day of November, 2017.

*/s/ James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge